In the Matter of the Claim of SAMUEL B. ROBINSON, Sometimes Known as SIMOND B. ROBINSON, Respondent, against SYRACUSE WASHING MACHINE CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of ENID DELANEY, Respondent, against ROSE GELLMAN, Doing Business under the Name of ECONOMY WINDOW CLEANING COMPANY, and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of ROSE McHUGH, Respondent, against VANDERBILT HOTEL CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of PETER COMESKI, Respondent, against HALCOMB

STEEL COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award and decision reversed and claim remitted to the State Industrial Board, on the ground that there is no evidence that in the interests of justice the award for periodical payments should be commuted. Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ., concur.